Argued August 20, reversed and remanded September 13, 1976

STATE OF OREGON, *Respondent,*
*v.*
CHARLES JOHNSON, *Appellant.*
(No. C 73-05-1532, CA 5764)

STATE OF OREGON, *Respondent,*
*v.*
CHARLES JOHNSON, *Appellant.*
(No. C 75-10-3368, CA 5765)

554 P2d 193

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*Janet A. Metcalf,* Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

**PER CURIAM.**

In this case the defendant was convicted of criminal activity in drugs, specifically, the furnishing of Ritalin tablets. The issue raised on appeal is identical to that raised in *State v. Johnson (Chester Leon)*, 26 Or App 651, 554 P2d 624 (1976). However, the posture is different. The two cases came before different trial judges of the same judicial district. In the case of Chester Johnson the trial judge found a violation of discovery statutes; in the case at bar the trial judge found to the contrary. *State v. Johnson (Chester Leon), supra*, is dispositive.

Reversed and remanded.